UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **DEXTER K. EDWARDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:12-cv-03888-CLS-PWG |
| | ) |
| **MR. WHEAT,** *et. al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The magistrate judge filed a report and recommendation on November 4, 2013, recommending that plaintiff's claims against defendants Wheat and Corizon for failing to protect him from the unprofessional conduct of the medical employees, and the claim against defendant Pavlokovic for failing to protect him from the unprofessional conduct of the nurses be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. It was further recommended that plaintiff's Eighth Amendment medical care claims against defendants Webb, Phillips, and Pavlokovic be referred to the undersigned magistrate judge for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the

magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action except the Eighth Amendment medical care claims against defendants Webb, Phillips, and Pavlokovic are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that plaintiff's Eighth Amendment medical care claims against defendants Webb, Phillips, and Pavlokovic are REFERRED to the magistrate judge for further proceedings.

DONE and ORDERED this 31st day of January, 2014.

_____
United States District Judge